**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:   KEVIN L. LIVINGSTON & PANDORA S. LIVINGSTON   Case Number: 04-73774
406 WILLARD AVENUE   SSN-xxx-xx-5636 & xxx-xx-6254
ROCKFORD, IL  61108

Case filed on:     7/27/2004
Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $27,100.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 019 | THE BRICE LEGAL GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 2,095.76 | 2,095.76 | 2,095.76 | 0.00 |
|  | Total Priority | 2,095.76 | 2,095.76 | 2,095.76 | 0.00 |
| 999 | KEVIN L. LIVINGSTON | 0.00 | 0.00 | 185.65 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 185.65 | 0.00 |
| 001 | AMCORE BANK NA | 17,917.06 | 16,823.11 | 16,823.11 | 4,835.07 |
| 003 | MEMBERS ALLIANCE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 17,917.06 | 16,823.11 | 16,823.11 | 4,835.07 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 87.83 | 0.00 | 0.00 | 0.00 |
| 005 | ACADEMY COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALARM ONE INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASPIRE VISA | 3,667.74 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 733.58 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 1,015.28 | 0.00 | 0.00 | 0.00 |
| 010 | B-FIRST LLC | 6,495.43 | 0.00 | 0.00 | 0.00 |
| 011 | CHEVY CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | GATEWAY COMPANIES INC | 1,608.74 | 0.00 | 0.00 | 0.00 |
| 013 | HOUSEHOLD BANK MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | IPSEN INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MAZDA AMERICAN CREDIT | 5,336.32 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 380.89 | 0.00 | 0.00 | 0.00 |
| 018 | SAM'S CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RESURGENT CAPITAL SERVICES | 6,875.72 | 0.00 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 1,476.16 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 27,677.69 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 49,054.51 | 20,282.87 | 20,468.52 | 4,835.07 |

Total Paid Claimant:     $25,303.59
Trustee Allowance:       $1,796.41
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008        By  /s/Heather M. Fagan